IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

FILED
JAN 2 8 2010
CLERK. U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:09cr50 |
| | ) | |
| FREDERICK LUMB, | ) | |
| Defendant. | ) | |

## CONSENT ORDER OF FORFEITURE

BASED UPON the plea agreement entered by the defendant, and finding that there is a requisite nexus between the property listed below and the offense(s) to which the defendant has pled guilty, pursuant to Federal Rule of Criminal Procedure 32.2, and that the defendant had an interest in said property, IT IS HEREBY ORDERED:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. §2253:

> **One (1) Dell Desktop computer assigned serial number B4BXB51, with a Seagate hard drive model ST3160812AS assigned serial number, 5LS272C9;**
>
> **Floppy disks and CDRs.**

2. The Secretary of Homeland Security or her agent is authorized to seize all forfeited property and shall take full and exclusive custody and control of same.

3. That United States shall publish notice of this order and of its intent to dispose of the property on www.forfeiture.gov in such manner as the Attorney General may direct. The United States shall also, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the property.

4. Any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier,

petition the court for a hearing to adjudicate the validity of their alleged interest in the property.

5. Following the Court's dispositions of all petitions filed, or if no such petitions are filed within the time prescribed by law, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

6. The parties stipulate and agree that the aforementioned assets constitute property involved in the violation of 18 U.S.C. §2252A(a)(5)(B) and as such is subject to forfeiture pursuant to 18 U.S.C. §2253. The defendant hereby waives the requirements of Federal Rules of Criminal Procedures 11(b)(1)(J), 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment.

Dated this _____ day of _____, 20___.

/s/
_____
Raymond A. Jackson
UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:
DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Laura P. Tayman
Assistant United States Attorney
Virginia State Bar Number 39268
Attorney for the United States
United States Attorney's Office
721 Lake Front Commons, Suite 300
Newport News, Virginia 23606
Office Number: (757) 591-4000
Facsimile Number: (757) 591-0866
E-mail Address - laura.tayman@usdoj.gov

2

SEEN AND AGREED:
FREDERICK LUMB
DEFENDANT

By: _____   By: _____
    Frederick Lumb                 Arenda L. Wright Allen
                                   Virginia State Bar No. 35517
                                   Attorney for Defendant
                                   Office of the Federal Public Defender
                                   150 Boush Street, Suite 403
                                   Norfolk, VA 23510
                                   Office: (757) 457-0800
                                   Fax: (757) 457-0880
                                   E-mail: arenda_allen@fd.org